Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant Acxiom LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>ACXIOM LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | (Electronically Filed)<br><br>CIVIL ACTION<br><br>Civil Action No. _____ |

**DECLARATION OF ANGELO A. STIO III**

I, Angelo A. Stio III declare as follows:

1. I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration. If called as a witness, I could and would competently testify as to these same facts.

2. I have personal knowledge of the facts set forth in this Declaration.

3. I am a partner with the law firm Troutman Pepper Hamilton Sanders, LLP, which is representing Defendant Acxiom LLC in the above-captioned matter.

4. Attached as **Exhibit 1** is a true and accurate copy of Atlas' Daniel's Law Service Terms, which are referenced in the Notice of Motion and being filed under seal.

5. Attached as **Exhibit 2** is a true and correct screenshot of the Franklin Township Police Department webpage, listing Plaintiff Colligan as a Detective with the Franklin Township Police Department.

6. Attached as **Exhibit 3** is a true and correct copy of Plaintiff Edwin Maldonado's public facing LinkedIn profile.

7. Attached as **Exhibit 4** is a true and correct copy of Plaintiff Peter Andreyev's public facing LinkedIn profile.

8. I represent Defendant Acxiom LLC. Acxiom LLC is a Delaware limited liability company with a principal place of business at 301 E Dave Ward Dr., Conway, AR 72032-7114.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2024

                                                        _s/Angelo A. Stio III  
                                                       Angelo A. Stio III