Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant Acxiom LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, <br><br> Plaintiffs, <br><br> v. <br><br> ACXIOM LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* <br><br> Defendants. | (Electronically Filed) <br><br><br><br><br><br><br><br><br> CIVIL ACTION <br><br><br><br> Civil Action No. _____ |

### STATEMENT OF OWNERSHIP PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Acxiom LLC ("Acxiom") certifies that Acxiom is a Delaware limited liability company, and its parent corporation is The Interpublic Group of Companies, Inc.

        <u>s/Angelo A. Stio III</u>
        Angelo A. Stio III
        Melissa A. Chuderewicz
        **TROUTMAN PEPPER**
        **HAMILTON SANDERS LLP**
        Suite 400
        301 Carnegie Center
        Princeton, NJ  08543-5276
        (609) 951.4125
        Angelo.Stio@troutman.com
        Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant Acxiom LLC*

Dated : March 22, 2024