Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Acxiom LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* PATRICK COLLIGAN and PETER ANDREYEV<br><br>Plaintiffs,<br><br>v.<br><br>ACXIOM LLC, RICHARD DOES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | (Electronically Filed)<br><br>CIVIL ACTION<br>Civil Action No. _____ |

**DIVERSITY DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, defendant Acxiom LLC hereby states that it is a Delaware limited liability company with its principal place of business located at 301 E. Dave Ward Dr., Conway, AR 72032-7114.

The Interpublic Group of Companies, Inc. is the sole member of Acxiom LLC, and The Interpublic Group of Companies, Inc. was formed in Delaware and maintains its principal place of business in New York.

Pursuant to 28 U.S.C. 1746 and Fed. R. Civ. P. 11, I certify that the foregoing is true and accurate.

<u>s/ Angelo A. Stio III</u>
Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant Acxiom LLC*

Dated:  March 22, 2024