Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ  08540-6227



troutman.com

**Angelo A. Stio III**
D 609.951.4125
angelo.stio@troutman.com

April 10, 2024

**VIA ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:**    *Atlas Data Privacy Corp., et al v. Acxiom LLC, et al.*
       **Civil Action No. 1:24-cv-4107-HB**

Dear Judge Bartle:

     This firm represents Defendant Acxiom, LLC. ("Defendant") in the above-referenced matter.  Defendant seeks to have Timothy St. George, Esq. admitted *pro hac vice.*  Enclosed are the supporting declaration of Mr. St. George setting forth his qualifications, together with my declaration in support of his application and the Proposed Order granting pro hac vice admission.

     The parties have consented to this application.  We therefore respectfully request the entry of the enclosed proposed order.

     Thank you for the Court's consideration of this request.

                       Respectfully submitted,

                       /s/ Angelo A. Stio, III
                       Angelo A. Stio, III

cc:    Ronald I. Raether, Esq.
       Timothy St. George, Esq.
       Rajiv Parikh, Esq.
       Mark Mao, Esq.
       John Yanchunis, Esq.

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership
Delia Donahue, Partner-in-Charge, Princeton Office