Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Acxiom, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACXIOM, LLC, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-4107-HB <br><br> **ORDER GRANTING THE *PRO HAC VICE* ADMISSION OF TIMOTHY J. ST. GEORGE** |

This matter having come before the Court on the application of Troutman Pepper Hamilton Sanders LLP, attorneys for Defendant Acxiom, LLC, for the admission *pro hac vice* of Timothy J. St. George, pursuant to Local Civil Rule 101.1; and the Court having considered the submissions made in support of the application; and for good cause shown;

IT IS on this 15th day of April, 2024

ORDERED that the application for the *pro hac vice* admission of Timothy J. St. George is granted;

IT IS FURTHER ORDERED that Timothy J. St. George shall abide by all rules of this

1

Court, including all disciplinary rules and shall notify the Court immediately of any matter affecting his standing at the bar of any court;

IT IS FURTHER ORDERED that Timothy J. St. George is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against him that may arise from his participation in this matter;

IT IS FURTHER ORDERED that Angelo A. Stio III of Troutman Pepper Hamilton Sanders LLP shall (a) be the attorney of record for Defendant in this case in accordance with Local Civil Rule 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Timothy J. St. George; (c) sign (or arrange for an attorney with the firm admitted to practice in New Jersey to sign) all pleadings, briefs and other papers submitted to this Court; (d) appear (or arrange for an attorney with the firm admitted to practice in New Jersey to appear) at all proceedings; and (e) be responsible for the conduct of Timothy J. St. George in this matter;

IT IS FURTHER ORDERED that Timothy J. St. George shall make payment to the New Jersey Lawyer's Fund for Client Protection, pursuant to New Jersey Court Rule 1:28-2 for each year in which he represents the client in this matter;

IT IS FURTHER ORDERED that Timothy J. St. George shall pay the fee to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial, or other proceedings shall occur because of the participation of Timothy J. St. George or his

inability to be in attendance at proceedings.

                                                                            *Harvey Bartle III*

                                                                            Honorable Harvey Bartle III, U.S.D.J.