Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Acxiom, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>                    Plaintiffs,<br><br>              v.<br><br>ACXIOM, LLC, et al.,<br><br>                    Defendants. | Civil Action No. 1:24-cv-04107-HB |

**REQUEST BY LOCAL COUNSEL FOR
*PRO HAC VICE* ATTORNEY TO
RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order granting the admission *pro hac vice* of Ronald I. Raether, Esq. in the within matter was entered on April 15, 2024 (Document Number 18); and

2. The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                        */s/ Angelo A. Stio*
                                        Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:
Name: Ronald I. Raether, Esq.
Address: Troutman Pepper Hamilton Sanders LLP
5 Park Plaza
Suite 1400
Irvine, CA  92614
Phone: (213) 928-9800
E-Mail: ron.raether@troutman.com