UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS: 05/7/2024**
**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell    **DOCKET #** CV 24-4107 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
v.
ACXIOM LLC et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced: 2:36 PM    Time Adjourned: 2:38 PM

Total: 2 minutes

s/ *David Bruey*
**DEPUTY CLERK**