Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540



troutman.com

**Stephanie L. Jonaitis**
D 609.951.4212
stephanie.jonaitis@troutman.com

September 17, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
    Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

       Re:   *Atlas Data Privacy Corporation, et al. v. Acxiom LLC, et al.*
               Case No. 1:24-cv-04107

Dear Judge Bartle:

This firm represents defendant Acxiom LLC ("Acxiom") in the above-referenced matter.  We write to advise the Court that Acxiom joins Defendant Blackbaud, Inc.'s Supplemental Response in Opposition to Plaintiffs' Consolidated Motion to Remand, which was filed on Monday, September 16, 2024 in the action captioned as *Atlas Data Privacy Corporation, et al v. Blackbaud, Inc.*, Civil Action No. 1:24-cv-3993 (D.E. 59-61) (the "Supplemental Opposition Brief ").  For the reasons set forth in the Supplemental Opposition Brief and in Defendants' Consolidated Brief in Opposition to Plaintiffs' Consolidated Motion for Remand (D.E. 56-57), Acxiom respectfully requests that the Court deny Plaintiffs' Consolidated Motion to Remand in this matter with prejudice.

Respectfully submitted,

*/s/ Stephanie L. Jonaitis*

Stephanie L. Jonaitis


cc:  All counsel of record (via ECF)

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership
Delia C. Donahue, Partner-in-Charge, Princeton Office